UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL MAZUROWSKI,

    Plaintiff,

v.                                    CASE NO. 8:16-cv-2685-T-23AEP

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

**ORDER**

The plaintiff announces (Doc. 20) a settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or dismissal with prejudice or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 23, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE